**DISMISS; Opinion issued April 9, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00047-CV**

**CHIA I. LI, Appellant**
**V.**
**LISA ANN & ROBERT ENGLISH, Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01146-2009**

## MEMORANDUM OPINION

Before Justices Francis, Lang, and Evans

The Court has before it appellant's March 18, 2013 unopposed motion to dismiss appeal and expedite the issuance of mandate. We **GRANT** the motion, **DISMISS** the appeal, and **ORDER** that the mandate issue on today's date.

PER CURIAM

120047F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHIA I. LI, Appellant

No. 05-12-00047-CV     V.

LISA ANN & ROBERT ENGLISH,
Appellees

On Appeal from the 199th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 199-01146-2009.
Opinion delivered per curiam. Justices
Francis, Lang, and Evans sitting for the
Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**. The parties are **ORDERED** to bear their own costs of this appeal.

Judgment entered April 9, 2013.

/Molly Francis/
MOLLY FRANCIS
JUSTICE